Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. (*Matter of Bervilacqua* v. *Clark*, 225 App. Div. 190; affd., 250 N. Y. 589.) Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JOSEPH FREDELLA, Respondent, against KINGS-BURY CONSTRUCTION COMPANY and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ROBERT OESTREICHER, Respondent, against A. P. WISCHERATH and Others, Appellants, and THE GENERAL ACCIDENT ASSUR-ANCE CORPORATION, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board against the appellants employer and carriers. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JOHN G. KELLY, Respondent, against THE PENN-SYLVANIA RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respond-ent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of OLIVE M. HARES, Appellant, against DAY MOTOR Co., INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Decision reversed and claim remitted, with costs to the claimant against the State Industrial Board, on the ground that the third party being a non-resident and outside of the State during all of the time in question, the Statute of Limitations has not run, and there are no other facts showing any prejudice to the employer or the carrier. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

In the Matter of the Claim of ANNA DUTCHKIN and Another, Appellants, against WM. P. GOLDMAN BROS. and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of CLARK MILLS, Respondent, against NORTH AMERICAN CEMENT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; McNamee, J., concurs, with a memorandum. McNAMEE, J. I concur for affirmance. The finding of fact that the claimant suffered from heart disease before the accident is unnecessary to sustain the award, as the evidence is sufficient to justify the award as made apart from the condition of claimant's heart prior to the accident.

In the Matter of the Claim of MR. and MRS. ANTHONY MUSCALO, Respondents, against DEPEW CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOSEPH HERSHENOW, Respondent, against LAUREL TEXTILE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respond-ent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Mrs. SEBASTIAN GEISBERGER, Respondent, against HOUDE ENGINEERING CORPORATION and Another, Appellants. STATE

INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents and votes to reverse the award and to remit claim to the Board, on the ground that there is insufficient proof of dependency.

In the Matter of the Claim of WILLIAM KONOSCOWEICZ, Respondent, against NEW YORK DOCK COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ERNEST LANGFORD, Respondent, against ERICKSON & PETERSON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.